UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KENNITH W. MONTGOMERY** <br> D.O.C. # 123966 | : | **CIVIL ACTION NO. 2:18-cv-1288** |
| **VERSUS** | : | **JUDGE FOOTE** |
| **JERRY GOODWIN** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 5] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** due to the presence of unexhausted claim(s).

**THUS DONE AND SIGNED** in Chambers this 30th day of November, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE